Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-861-1390
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
Robert Walker

**UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA**

| | |
|---|---|
| Robert Walker, | ) Case No.: |
| Plaintiff, | ) |
| v. | ) |
| | ) **COMPLAINT** |
| GC Services Limited Partnership, | ) |
| Defendant. | ) |

## PLAINTIFF'S COMPLAINT

Plaintiff, Robert Walker (Plaintiff), through his attorneys, Krohn & Moss, Ltd., alleges the following against Defendant, GC Services Limited Partnership (Defendant):

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

### JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Defendant conducts business in the State of Arizona establishing personal jurisdiction.

4. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

## PARTIES

5. Plaintiff is a natural person residing in Phoenix, Maricopa County, Arizona.

6. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

7. Defendant is a business entity with an office located at 6330 Gulfton, Houston, Texas 77081.

8. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

9. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

10. Prior to the filing of this Complaint, Defendant was provided with a Chase Bank account that was alleged to be past due, to collect monies from Plaintiff ("debt").

11. Defendant assigned file number 0130975 to the collection of the alleged debt.

12. Upon information and belief, the alleged debt arises from transactions on a credit card that was for personal, family and household purposes.

13. In its attempts to collect the alleged debt, Defendant sent written correspondence to Plaintiff and made telephone calls ("collection calls").

14. These collection calls were made to Plaintiff's place of residence, telephone number 480-342-98xx.

15. Plaintiff has an answering machine so that callers can leave a message for him when he is not able to answer a telephone call.

16. In or around December of 2013, Defendant placed a collection call to Plaintiff which was not answered.

17. Accordingly, Defendant's employee, a female, left a message for Plaintiff on his answering machine. *See* transcribed message, attached hereto as Exhibit A.
18. In the message, Defendant stated that it was leaving a message for Plaintiff and requested a return call to (866) 862-2793, a telephone number assigned to Defendant and/or its employees. *See* Exhibit A.
19. The aforementioned message never identified Defendant's business or company name. *See* Exhibit A.
20. The aforementioned message also failed to inform Plaintiff that it, or its employee, was a debt collector. *See* Exhibit A.
21. Defendant has left similar messages for Plaintiff that provide him with a telephone number to call, but does not identify its business or company name or inform Plaintiff that it or its employees are debt collectors. *See* additional transcribed message, attached hereto as Exhibit B.
22. Defendant does not provide Plaintiff with any additional information in its message to inform Plaintiff that the true nature and purpose of its call was about a debt. *See* Exhibits A and B.
23. Defendant uses deceptive and misleading in connection with its attempts to collect the alleged debt by not identifying itself, the purpose of its phone calls, or that it is a debt collector.

## COUNT I

**DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT**

24. Defendant violated the FDCPA based on the following:
    a. Defendant violated *§1692d* of the FDCPA by engaging in conduct that the natural consequences of which was to harass, oppress, and abuse Plaintiff in connection with the collection of an alleged debt.

b. Defendant violated *§1692d(6)* of the FDCPA by failing to provide Plaintiff with its identity in its messages for Plaintiff.

c. Defendant violated *§1692e(10)* of the FDCPA by using deceptive means in an attempt to collect a debt.

d. Defendant violated *§1692e(11)* of the FDCPA by failing to state that it is a debt collector in its messages to Plaintiff.

WHEREFORE, Plaintiff, Robert Walker, respectfully requests judgment be entered against Defendant, GC Services Limited Partnership, for the following:

25. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

26. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

27. Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,

DATED:  April 11, 2014             KROHN & MOSS, LTD.

By: /s/Ryan Lee
     Ryan Lee
     Attorney for Plaintiff