```
1  Ryan Lee (SBN: 024846)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 405
   Los Angeles, CA 90025
3  Tel: 323-988-2400 x241
   Fax: 866-861-1390
4  rlee@consumerlawcenter.com
   Attorneys for Plaintiff,
5  Robert Walker
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| Robert Walker, | ) | Case No.: 2:14-cv-00759-HRH |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **VOLUNTARY DISMISSAL WITH** |
| GC Services Limited Partnership, | ) | **PREJUDICE** |
| Defendant. | ) | |

### VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Robert Walker, by and through his attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: July 25, 2014                                KROHN & MOSS, LTD.


                                                   By:/s/ Ryan Lee
                                                      Ryan Lee
                                                      Attorneys for Plaintiff
                                                      Robert Walker

**CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2014, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system

By: /s/ Ryan Lee

Ryan Lee
Attorney for Plaintiff